# Fulbright & Jaworski l.l.p.

A Registered Limited Liability Partnership
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
www.fulbright.com

Brett C. Govett
Partner
bgovett@fulbright.com

DIRECT DIAL:    (214) 855-8118
TELEPHONE:    (214) 855-8000
FACSIMILE:    (214) 855-8200

October 29, 2009

Honorable Ron Clark
United States District Court
Eastern District of Texas
300 Willow Street, Suite 221
Beaumont, Texas 77701

> Re:    Cause No. 9:09-cv-144; *Deep Nines, Inc. vs. Fortinet, Inc.*
> Matter No. 10909212

Dear Judge Clark:

The parties in the above-referenced civil action have engaged and continue to engage in discussions in an attempt to resolve the matter without Court intervention. This is the reason Plaintiff has yet to officially serve the civil action. We felt it appropriate to advise the Court what was happening in light of the fact service had not occurred. Should the Court have any questions or comments, please do not hesitate to contact me. Thank you.

Respectfully submitted,

*Brett C. Govett*

Brett C. Govett

BCG/sh

cc:    Todd Nelson, Esq.                                    tnelson@fortinet.com
Vice President Legal
Fortinet – Unified Threat Management
1090 Kifer Road
Sunnyvale, CA 94086

John Whittle, Esq.                                    jwhittle@fortinet.com
Vice President, General Counsel
Fortinet
1090 Kifer Road
Sunnyvale, CA 94086

85304059.1

Austin • Beijing • Dallas • Denver • Dubai • Hong Kong • Houston • London • Los Angeles • Minneapolis
Munich • New York • Riyadh • San Antonio • St. Louis • Washington DC